IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| WHAT HURTS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>VOLVO PENTA OF<br>THE AMERICAS, LLC,<br><br>          Defendant. | Case No. 2:22-cv-00552-MSD-LRL |

**DECLARATION OF CHARLES F. WOLF, ESQ.**
**PURSUANT TO 28 U.S.C. § 1746**

1.My name is Charles F. Wolf.

2.I am over the age of 18 and otherwise competent.

3.Though I am not counsel of record for defendant Volvo Penta of the Americas, LLC ("Volvo Penta") in this case, I work closely with Christina Paul and Joshua Carpenter, who are counsel of record.

4.As the trial for this matter has been approaching, I have been providing assistance to Christina Paul and Joshua Carpenter, including legal and factual research as appropriate.

5.I am a member of the Florida bar in good standing.

6.On Friday, January 19, 2024, I conducted background research on various witnesses expected to be called at trial.

7.I ran a Google search for the combined terms "Brent Loring" and "What Hurts."

8.One of the Google results that I found was the case caption for a federal lawsuit involving Brent Loring and What Hurts that had a different case number than the immediate action.

1

317650402.1

2

9. I searched that case number on the PACER database, and found the *Fast Response Marine Towing & Salvage, LLC v. M/Y What Hurts, Brent Loring, et. al.* action with case number 1:2023-cv-20668 that had been previously filed in the Southern District of Florida.

10. I immediately brought this to the team's attention.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Charles F. Wolf*

Charles F. Wolf, Esq.