```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF VIRGINIA
 2                    NORFOLK DIVISION

 3
            CASE NO:  2-22-CV-005552-MSD-LRL
 4

 5


 6   WHAT HURTS, LLC,

 7        Plaintiff,

 8   v.

 9   VOLVO PENTA OF THE AMERICAS,
     LLC,
10
              Defendant.
11
     _____/
12

13
       VIDEOTAPED DEPOSITION OF CHARLES (CHUCK) HANSEN, IV
14                    Pages 1 through 160
            Appearing via Zoom Video-teleconference
15

16

17
                       Friday, April 25, 2024
18                    10:14 a.m. - 1:09 p.m.
                       Eastern Daylight Time
19

20

21

22              Stenographically Reported By:
                       Elaine B. Tenn,
23              Registered Professional Reporter
       Appearing remotely from Miami-Dade County, Florida
24

25
```

Page 26

1  Q. It looks like on my page 2 of that report and
2  there's a question that says how is the vessel in
3  immediate peril, and you have a quote here --
4  A. That's Sean Phillips, not the owner but yes.
5  Q. Okay. And it says taking on water, and I
6  guess it's Sean Phillips said, quote, vessel would
7  have sunk in 15 minutes if we did not arrive. Tanks
8  on the vessel were full of gasoline, a thousand
9  gallons, plus four outboards with oil?
10 A. Yes. I almost vividly recall him saying five
11 minutes but if it says 15 minutes, possibly. But
12 maybe that was our opinion. Oh, no; I put quotes.
13     As far as I can remember, I remember him
14 telling me it was five minutes that it would have
15 sank.
16 Q. You said you put quotes. Is this your
17 writing or was it Bryant's writing?
18 A. Bryant's.
19 Q. Okay. Very good.
20     And it says why could the vessel not have
21 been rescued without you, and it says no other tow
22 companies around, no way of dispelling water, vessel
23 becoming unstable and would capsize. Do you see that?
24 A. Yes, yes. Once the buoyancy of the vessel is
25 compromised, just the same way as sailboats stay

Page 27

1  upright by having a keel with a lead weight or
2  counterweight to keep it upright, when the vessel
3  becomes unstable, the powerheads become the
4  counterweight and the vessel will immediately capsize,
5  especially all outboard vessels in my opinion.
6  Q. So in layman's terms, that's just a way of
7  saying the aft portion of this boat is a lot heavier
8  and so when it's sinking aft, it goes down much
9  quicker because of the weight in the aft portion of
10 the vessel; correct?
11 A. Yeah, you can say that. It's pretty much the
12 weight of the outboards is being supported by the
13 water inside the hull. Once that water is displaced,
14 it no longer provides lift and gravity kicks in and
15 the outboards go straight down and upside down. The
16 vessel would most certainly have capsized.
17 Q. And then it looks like degree of danger, it
18 says risk of sinking, risk of capsizing, and here it
19 says nighttime, stern recow water line. Do you --
20 A. No, stern below the water line.
21 Q. Oh, stern below. What does that mean?
22 A. I believe it's the -- the transom of the
23 vessel that holds the outboards, that was under water
24 already, the top of the outboards.
25 Q. And let me just see -- hang on a second.

Page 28

1  I've got a better picture of the vessel and a video.
2      Let me -- well, we'll go to the end in just
3  one second. Let's go through the rest of this report
4  but I'll show you.
5  Q. When you say the stern is below the water
6  line, the engines are mounted on the aft, the stern of
7  the boat; right? And so --
8  A. Yes.
9  Q. -- the stern is below the water line, the
10 engines are definitely in the water, and that's what's
11 being represented by that comment; correct?
12     MR. WAGNER: Form.
13     THE WITNESS: Absolutely. Yes.
14 BY MS. PAUL:
15 Q. And when we had talked about before the
16 powerhead location, does this document and this note
17 give you a better idea of how far or how deep the
18 engines on this particular boat would have been down
19 in the water when Fast Response first responded to the
20 scene?
21 A. Yes, it would. The -- yes, absolutely.
22     For the stern to be under is -- that's kind
23 of the minimum. That's where the -- the surface that
24 the outboards are physically mounted to or they're
25 tied to, the very top of that was already under water

Page 29

1  by several inches when I got there because in order
2  for those trim switches that I was referencing
3  earlier, typically five or six inches above the
4  transom that the vessel -- that the engines are
5  mounted to, that is what he's referring to is under
6  water.
7  Q. Okay. And so would it be correct to say that
8  at least at that point upon first arrival by Fast
9  Response, that the engines were submerged in water?
10 A. I couldn't say the engines. I don't know at
11 what -- where the powerhead's located inside the shell
12 of the outside of the motor because all I could see is
13 the outside. I don't know how high or low they're
14 mounted. Possibly the bottom of the engines got under
15 water, got submerged.
16 Q. Okay. So let me rephrase.
17     Is it possible a portion of the engines were
18 submerged when Fast Response first arrived?
19 A. Yes. Absolutely.
20 Q. It says how do you know the vessel would have
21 sunk, and there's a reference here to the water level
22 was so close to filling in the back hatches. Is that
23 what you were referring to before, that if that back
24 hatch got filled, it would be a rapid sinking event?
25 A. Yes. I believe the -- I'm not -- I'm not

Page 50
1  my recollection, the air-conditioning unit being under
2  water as well.
3       Q.   Okay.  And when you say submerged, do you --
4  what is your definition of submerged as you use it in
5  your report?
6       A.   That fire extinguisher in its entirety was
7  under the water line.  So the very top of the fire
8  extinguisher would be covered in water.
9       Q.   Okay.  So you wouldn't have listed that the
10 engines were submerged in your definition because they
11 weren't fully under water; correct?
12      A.   Well, we can't exactly -- without taking off
13 the cover of the cowling and doing an inspection
14 inside, see the actual water level inside the engine
15 but it's possible.  We don't know the exact
16 orientation of the motor at that time.  You know, it's
17 hidden behind the cover.
18           I could see the generator is not inside a box
19 so I know where the generator is under water but the
20 engines are kind of covered by a box so it's hard to
21 tell if the mechanical workings got wet or not or
22 where exactly they were but I can tell you where the
23 water level was from the outside.
24      Q.   Right.  And you talked about that earlier,
25 you believing that the powerheads were under water

Page 51
1  before you arrived --
2            MR. WAGNER:  Form.
3  BY MS. PAUL:
4       Q.   -- that it was under the water line when you
5  got there?
6            MR. WAGNER:  That's absolutely not what
7       he said, Christina.
8  BY MS. PAUL:
9       Q.   Is that correct?
10      A.   The trim -- the trim switches were in the
11 water when I arrived or about that level, and I
12 don't -- I don't have specific knowledge of Seven
13 Marines or have seen them without their cowling cover
14 off but if it was a normal outboard motor, maybe two
15 or three inches of the powerhead would be under water
16 but I do not know the inner workings of a Seven and
17 know exactly how it's situated in the powerhead so I
18 couldn't tell you with certainty.
19      Q.   Okay.  And with respect to -- and I can see
20 if I can find another -- let me go back to the shared
21 screen here.
22           What you just said was whether or not they
23 were submerged but certainly, your testimony earlier
24 about the water level and the why, what you saw with
25 respect to the engines, that's all still the case;

Page 52
1  correct?
2       A.   Yeah.  In my opinion, I would think some part
3  of it is submerged but I don't -- I can't see.  I
4  don't have x-ray vision to see through the cowlings to
5  see exactly what's submerged, if there's any vital
6  components located that low on the motor that would
7  make a difference.  I can't -- I don't know the inner
8  workings of that motor.
9       Q.   Okay.  Let me -- would it help you if I was
10 to show you a picture of these exact engines with the
11 cowlings off?
12      A.   Sure.  Maybe that can help.
13           MR. WAGNER:  Why don't you show him the
14      picture that was taken that night, Christina?
15           MS. PAUL:  Because it's my deposition and
16      I'll show him what I would like to show him.
17           MR. WAGNER:  There will be
18      cross-examination.
19           MS. PAUL:  Okay, there will be
20      cross-examination then.
21           Don't interrupt my depo, Scott.  You have
22      a habit of doing that.  I find it very, very
23      unprofessional.
24           MR. WAGNER:  It's not unprofessional.
25 BY MS. PAUL:

Page 53
1       Q.   Is there a photograph in your file, Mr.
2  Hansen, that would show the engines with the cowlings
3  off from that evening?
4       A.   No.  I don't think we ever got a picture of
5  the cowlings specifically, let alone with them off.
6       Q.   Do you remember at all having the cowlings
7  removed at any time that evening while you were there?
8       A.   I don't believe so.  I don't remember.  I
9  think they did not.
10      Q.   Okay.  Let's see something.
11           When you arrived at Merrill Stevens, towing
12 the boat, was there someone at Merrill Stevens to
13 receive the boat or what happened when you arrived
14 there?
15      A.   When we arrived there -- I was not there.
16 Captain Bryant towed it I believe or -- I don't
17 remember.  I'm pretty sure he towed it by himself.
18      Q.   Okay.  And who told you that it should go to
19 Merrill Stevens; do you know?
20      A.   That would have been Sean Phillips.  He would
21 have had the arrangement with them because we don't
22 make those determinations.  It has to go with the --
23 by the owner or whoever is the representative of the
24 vessel makes that determination.
25      Q.   Okay.  Let's go back to the document we were

Page 158

1  THE VIDEOGRAPHER: Let me take us off the
2  video.
3     The time is 5:29 UTC, 1:29 Eastern.
4     THE COURT REPORTER: Are you ordering,
5  Christina?
6     MS. PAUL: Yes. Madam Court Reporter,
7  can you send me your email address and I'll
8  respond with the exhibits that I used.
9     THE COURT REPORTER: Yes. I have put it
10 in the chat.
11    Do you want a copy, Mr. Wagner?
12    MR. WAGNER: Yes, ma'am.
13    (The deposition was concluded at 1:29 p.m.)

Page 159

2          CERTIFICATE OF OATH

4  STATE   OF   FLORIDA  )
                         ) ss
5  COUNTY OF MIAMI-DADE  )

7     I, ELAINE B. TENN, a Registered Professional
8  Reporter and a Notary Public in the State of Florida
9  certify that CHARLES (CHUCK) HANSEN, IV personally
10 appeared before me via Zoom video-teleconference on
11 the 19th day of April, 2024 and was duly sworn.
12    Signed this 30th day of April, 2024.

15 _____
   Elaine B. Tenn, RPR
16 Notary Public, State of Florida
   Commission No.: HH339897
17 Expires:  February 6, 2027

Page 160

2          CERTIFICATE OF REPORTER

4  STATE   OF   FLORIDA  )
                         ) ss
5  COUNTY OF MIAMI-DADE  )

7     I, Elaine B. Tenn, a Registered Professional
8  Reporter, certify that I was authorized to and did
9  stenographically report the video deposition of
10 CHARLES (CHUCK) HANSEN, IV; that a review of the
11 transcript was, was not requested; and that the
12 transcript is a true record of my stenographic notes.
13    I further certify that I am not a relative,
14 employee, attorney, nor counsel of any of the parties,
15 nor am I a relative or employee of any of the
16 attorneys or counsel connected with the action, nor am
17 I financially interested in the action.
18    Dated this 30th day of April, 2024.

23                    Elaine B. Tenn, RPR
                      Registered Professional Reporter