

Feb 25, 2021 at 8:01PM

**Me:** Just so we are all on the same page the boats currently sinking at the dock

**Me:** I have a buddy coming to help. If we can't solve im calling the tow boat to pump all the water out

**Leeeeeee:** What

**L:** What u mean

**Me:** Welcome to my life

**Leeeeeee:**
**L:** I'm confused

**Me:** The boats sinking

**Leeeeeee:**
**L:** Where is the water coming from

**Me:** Lee

**Me:** Leave me alone til I solve this problem

**Me:** Didn't want the boat to sink and u not know wtf is going on

**Me:** Now u know. Now let me work

PLT-SUPPL-0048

Leeeeeee

L: Lol

Alex showed up to clean the interior and found the boat sinking.

Thus what started this whole fore drill

Fire

Brent L.

B: Jeeez

Tow boats here

In process

If I can't figure out the power situation after it's pumped out

We are going to need an emergency haul out



PLT-SUPPL-0047



PLT-SUPPL-0046



We cannot locate the leak. It's under the surface. No bubbles. No nothing. I've looked every fkn where

And tried everything

Brent L.

Unbelievable

Feb 26, 2021 at 1:06 AM



PLT-SUPPL-0045

**L:** Leeeeeee

**L:** I mean what we looking at

*Feb 26, 2021 at 2:34 PM*

We put the boat back into the water and we don't see any significant leaks.

Ran thru the entire boat.

We do see some sort of backfired from the bilge pumps which Eric saw and he is going to look into

Back feed. Not backfired*

**B:** Brent L.

**B:** Weird

**L:** Leeeeeee

**L:** Ok

We have no power and things are malfunctioning due to the water ingestion.

PLT-SUPPL-0044

> We have no power and things are malfunctioning due to the water ingestion.

**Brent L.**

> That could create that much water

> That's not good

> It seems we lost power on the boat. Because there is no power from the power cord.

> So we had to hard wire it to gain power

Leeeeeee

> Let fix the wires lol need boat lol

> So seems we lost power snd with help of the rain the boat filled up some. And the waves and wind and the water caused further sinking

Leeeeeee

> O got it

PLT-SUPPL-0043

Brent L.

My guy

Always and for ever 😉

Feb 26, 2021 at 4:22 PM



Leeeeeee

Looks better than ever

Can't wait for tomro 1 pick up

PLT-SUPPL-0042



PLT-SUPPL-0041