| | |
|---|---|
| From: | Michael McLeod |
| To: | Scott Wagner |
| Cc: | 2012.023 MY What Hurts |
| Subject: | RE: Salvage Case - MY WHAT HURTS |
| Attachments: | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Thanks Scott. I should be around tomorrow in between school drop offs, pick-ups, etc. My understanding is that this was reported to a carrier close in time to the event. I am confirming with the Client. We served a follow up formal demand during the first week in February, and were wondering why we did not received a response. We therefore filed suit to protect the SOL. In any event, let me know when you want to schedule. I am around most of the week other than this afternoon. I believe all witnesses are still in the area.

Best Regards,

MWM

**Michael W. McLeod, Esq.**
*Board Certified Admiralty & Maritime Law (California & Florida)*
Admitted FL, CA, NY



**McLEOD BROCK**
150 East Palmetto Park Road
Suite 800
Boca Raton, Florida 33432
South Florida Office (561) 465-7517
Facsimile: 561-516-6188
mmcleod@mcleodbrock.com



With offices located in Northern Florida (Jacksonville/St. Augustine) and Southern Florida (Palm Beach/Boca Raton/Ft. Lauderdale/Miami), we are ideally situated to serve your legal needs throughout the United States and the Caribbean with counsel admitted to practice in Florida, California, Louisiana, and New York, and specially appearing elsewhere.

**CONFIDENTIALITY NOTICE**

This electronic message and attachments if any, are privileged attorney-client communication or attorney work product, and are confidential. If you are not the intended recipient, the dissemination, distribution, or copying of this is strictly prohibited. If you have received this message in error, please notify us immediately by telephone at the numbers listed above, and delete and purge the original message and attachments if any, and return to us via the appropriate governmental postal service at our expense. If you are a client and do not want further communications sent to you over the world wide web, please let us know in writing and we will discontinue all email communications between you and our firm upon receipt of those instructions.

**From:** Scott Wagner <sw@wagnerlegalco.com>
**Sent:** Tuesday, March 7, 2023 9:11 AM
**To:** Michael McLeod <MMcleod@mcleodbrock.com>
**Subject:** Salvage Case - MY WHAT HURTS

Dear Mike,

I hope you are doing well.

I am writing with respect to your letter regarding the above referenced vessel related to an alleged salvage from 2021.

I suspect as you can imagine the surprise in receiving your letter related to an incident that is now over two years old.

Are you available to get on a call tomorrow to discuss because we are really in what appears to be a real bind related to factual investigations and possible insurance issues due to the extremely late nature of making this claim?

As far as I know, the Owners had not heard anything from your client until this letter surfaced many years later.

Please let me know.

All the best,
Scott



**WAGNER LEGAL**
**Scott A. Wagner, Esq.**
Sea | Air | Land

3050 Biscayne Blvd., Suite 701
Miami, FL 33137
Direct: 305-768-9247
Cell: 305-794-8508
www.WagnerLegalCo.com