# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK and NEWPORT NEWS DIVISIONS
### OFFICE OF THE CLERK

## NOTICE

Date:   June 18, 2024

Re:   WHAT HURTS, LLC v. Volvo Penta of the Americas, LLC   2:22cv552

To:   Counsel of Record

The court has been advised that this matter is settled. At the direction of the court, we must notify you that the matter will be "dismissed with prejudice" unless an otherwise appropriate dismissal order is submitted by counsel within eleven (11) days from the date of this notice. This deadline may be extended only by an order of court obtained by counsel.

If this matter requires court approval of the settlement, you should arrange an appropriate date for a hearing on settlement approval with the assigned judge's calendar clerk.  The court appreciates your giving this matter your prompt attention.

FERNANDO GALINDO, Clerk

By: _____/s/_____
      **Deputy Clerk**